# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 5, 2022

Lyle W. Cayce
Clerk

No. 22-60009

Frank Merchant; Dorothy D. Merchant,

*Plaintiffs—Appellants*,

*versus*

Billy C. Merchant; George Harkins,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:16-CV-665

Before Richman, *Chief Judge*, and Wiener and Willett, *Circuit Judges*.

Per Curiam:*

Having heard oral argument and reviewed the briefing, record, and applicable law, we find no reversible error and AFFIRM.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.